

FILED

AUG 3 1 2017

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-104-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |
| BRANDON JAMES LYNN, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment without Prejudice (Doc. 53), and for good cause being shown,

IT IS HEREBY ORDERED that the indictment is **DISMISSED WITHOUT PREJUDICE.**

IT IS FURTHER ORDERED that all deadlines, including the Trial set for September 18, 2017 are **VACATED.**

The clerk of court is directed to notify counsel of the making of this Order.

DATED this _30th_ day of August, 2017.

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1